# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FARMERS GRAIN TERMINAL, INC**                                                                 **PLAINTIFF**

v.                                  **CASE NO. 4:21-CV-00088-BSM**

**AMERICAN RIVER**
**TRANSPORTATION CO LLC,** *et al.*                                                              **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 17], this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE